# Court of Appeals
# of the State of Georgia

ATLANTA,   July 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0410.  TOMMY DARRISAW v. THE STATE.**

On May 13, 2014, the trial court revoked Tommy Darrisaw's probation.  On June 13, 2014, Darrisaw filed this application for discretionary appeal. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989). Here, Darrisaw filed his application 31 days after the trial court's order revoking his probation.  Accordingly, this untimely application for appeal is *DISMISSED* for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/14/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*